UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:16-MJ-1042-RN

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF )<br>CELLULAR TELEPHONE DESCRIBED AS )<br>AN IPHONE 4, WITH BLUE AND BLACK )<br>PHONE CASE, SERIAL NUMBER UNKNOWN, )<br>ATF NUMBER 007, COLLECTED FROM )<br>ZHAQWAUN GARY ) | **ORDER** |

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Motion and Order to Extend Filing of Search Warrant Return, the motion to seal and this order be sealed until further order of this Court, except that filed copies shall be provided to the United States Attorney's Office.

Dated: April 11, 2016

Robert T. Numbers, II
United States Magistrate Judge