UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:16-MJ-1042-RN

| | |
|---|---|
| Cellular telephone described as an Iphone 4, with blue and black phone case, serial number unknown, ATF number 007, collected from Zhaqwaun Gary | ORDER TO UNSEAL |

Upon motion of the United States, it is hereby ORDERED that the above-captioned matter be unsealed.

Dated: June 24, 2016

*Robert T. Numbers II*

Robert T. Numbers, II
United States Magistrate Judge